UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TONY MCKENNA, | Case No. 5:14-cv-00424-PSG |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket Nos. 42, 44)** |
| WHISPERTEXT, et al., | |
| Defendants. | |

On September 9, 2014, the parties appeared for a case management conference. Based on the parties' Joint Case Management Statement[1] and the discussions held at the case management conference,[2]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is December 30, 2014.

---

[1] *See* Docket No. 42.

[2] *See* Docket No. 44.

1

Case No. 5:14-cv-00424-PSG
ORDER GRANTING MOTION TO DISMISS IN-PART

IT IS FURTHER ORDERED that the parties shall attend Early Neutral Evaluation by October 9, 2014.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

Parties' proposed protective order……………………………………….....October 24, 2014

Plaintiff's expert disclosure and report……………………………….......January 9, 2015

Defendant's Rebuttal expert disclosure and report…………………………February 3, 2015

Close of discovery...……………………………………………………….February 20, 2015

Motion for class certification………………………………………………...March 20, 2015

Dispositive motions…………………………………………………………...June 9, 2015

Pre-trial conference………………………………………………………….August 18, 2015

Trial……………………………………………….................................September 14, 2015

**IT IS SO ORDERED.**

Dated: September 10, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:14-cv-00424-PSG
ORDER GRANTING MOTION TO DISMISS IN-PART