UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TONY MCKENNA,<br><br>          Plaintiff,<br><br>     v.<br><br>WHISPERTEXT et al.,<br><br>          Defendants. | Case No. 5:14-cv-00424-PSG<br><br>**JUDGMENT** |

The court has granted Defendants WhisperText, LLC, and WhisperText, Inc.'s motion to dismiss.[1] Because further amendment would be futile, leave to amend is denied.[2] The Clerk shall close the file.

**SO ORDERED.**

Dated: September 9, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 87.

[2] *See id.* at 10:10-12.

1

Case No. 5:14-cv-00424-PSG
JUDGMENT